IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAREDX, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>NATERA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 19-567-CFC-CJB<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this 10th day of December, 2019, having considered the Report and Recommendation issued by United States Magistrate Judge Christopher J. Burke on November 25, 2019, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 36) is adopted.

2. Defendant's motion to dismiss (D.I. 9) is denied as to Natera's second argument as outlined in the Report and Recommendation.

_____
United States District Judge