# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAREDX, INC.<br><br>and<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>NATERA, INC.,<br>　　　　　　Defendant. | C.A. No. 19-cv-567-CFC-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 31, 2020, a copy of: (i) Plaintiffs' First Set of Interrogatories (Nos. 1-7) and (ii) Plaintiffs' First Set of Requests for Production of Documents (Nos. 1-34) was served on the following as indicated:

<u>Via E-Mail</u>
Jack B. Blumenfeld
Derek J. Fahnestock
Anthony D. Raucci
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
dfahnestock@mnat.com
araucci@mnat.com

*Attorneys for Defendant Natera, Inc.*

<u>Via E-Mail</u>
Charles K. Verhoeven
Andrew M. Holmes
Carl G. Anderson
Sandra L. Haberny
Miles D. Freeman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
charlesverhoeven@quinnemanuel.com
drewholmes@quinnemanuel.com
carlanderson@quinnemanuel.com
sandrahaberny@quinnemanuel.com
milesfreeman@quinnemanuel.com
Natera-qeteam@quinnemanuel.com

*Attorneys for Defendant Natera, Inc.*

Dated: January 31, 2020

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Stephen P. Bosco (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M St., NW
Washington, DC 20036
(202) 682-7000

*Attorneys for Plaintiffs*