# SHAW KELLER LLP

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

February 5, 2021

**BY CM/ECF & HAND DELIVERY**
The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

  Re: *CareDx, Inc., v. Eurofins Viracor, Inc.*, C.A. No. 19-1804-CFC-CJB,
     *CareDx, Inc., v. Natera Inc.*, C.A. No. 19-567-CFC-CJB

Dear Judge Connolly:

  Pursuant to D. Del. LR 7.1.4, Defendants Eurofins Viracor, Inc. and Natera Inc. (collectively, "Defendants") respectfully request oral argument on their Joint Motion for Certification for Interlocutory Appeal. C.A. No. 19-1804, D.I. 83; C.A. No. 19-567, D.I. 122.

  Briefing on the motion is complete and the parties' submissions may be found at docket items 84, 87, and 92 in C.A. No. 19-1804, and 123, 130, and 136 in C.A. No. 19-567. The reply brief was filed on February 3, 2021.

  Defendants request that any argument be held telephonically.

            Respectfully submitted,

            */s/ Nathan R. Hoeschen*

            Nathan R. Hoeschen (No. 6232)

cc: All counsel of record (by CM/ECF & e-mail)
   Clerk of Court (by hand delivery)