IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAREDX, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NATERA, INC.,<br><br>　　　　　Defendant. | Civil Action No. 19-0567-CFC-CJB<br>CONSOLIDATED |

## ORDER

At Wilmington on this Twenty-eighth day of September in 2021:

Pursuant to Federal Rule of Civil Procedure 56(f) and for the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that summary judgment of invalidity under 35 U.S.C. § 101 is **GRANTED** in Defendant Natera Inc.'s favor and all claims of U.S. Patent No. 8,703,652, all claims of U.S. Patent No. 9,845,497, and all claims of U.S. Patent No. 10,329,607 are **INVALID**.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States Chief District Judge